IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 11-12-M-DWM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| KATHLEEN LOUISE SAMMONS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on March 29, 2011. Neither party objected, and therefore they are not entitled to <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. <u>McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." <u>United States v. Syrax</u>, 235 F.3d

1

422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Kathleen Louise Sammons' guilty plea after Sammons appeared before him, pursuant to Federal Rule of Criminal Procedure 11, and entered her plea of guilty to one count of Embezzlement from a Credit Union in violation of 18 U.S.C. § 657 (Count I) and one count of Money Laundering in violation of 18 U.S.C. § 1956(a)(1)(A)(i) (Count II), as set forth in the Information.

I find no clear error in Judge Lynch's Findings and Recommendation (dkt # 13), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS HEREBY ORDERED that Kathleen Louise Sammons' motion to change plea (dkt #4) is GRANTED.

DATED this 20th day of April, 2011.

_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT